

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-13-00572-CR

Fernando **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2454-CR
Honorable William Old, Judge Presiding

# O R D E R

The State's brief was originally due March 27, 2014; however, the court granted an extension of time until April 28, 2014 to file the brief. The State has filed a motion requesting an additional extension of time.

We **grant** the motion and we **order** the State to file the brief by **May 27, 2014** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may order the case submitted without a State's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court